

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00538-CV

Henry **CARREON**,
Appellant

v.

Joseph **KELLY**, MD, Hussein Waqar, MD, Metropolitan Healthcare System of San Antonio,
Limited LLP d/b/a Metropolitan Methodist Hospital,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-17867
Honorable Rosie Alvarado, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED. Costs of appeal are assessed against appellant Henry Carreon.

SIGNED May 31, 2023.

_____
Irene Rios, Justice